# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1207        **Short Title:** Thiccc Boy Productions Inc. v Swindelles

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

THICCC BOY PRODUCTIONS INC.                                                                                       as the

[✔] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

*/s/ Robert E. Allen*
Signature

March 12, 2024
Date

Robert E. Allen
Name

Glaser Weil Fink Howard Jordan & Shapiro LLP
Firm Name (if applicable)

310.553.3000
Telephone Number

10250 Constellation Blvd., 19th Floor
Address

310.785.3580
Fax Number

Los Angeles, CA 90067
City, State, Zip Code

rallen@glaserweil.com
Email (required)

Court of Appeals Bar Number: 1188983

Has this case or any related case previously been on appeal?

[✔] No           [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).