# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1207     **Short Title:** Thiccc Boy Productions Inc. v Swindelles

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

THICCC BOY PRODUCTIONS INC. _____ as the

[✔] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

*/s/ Jason C. Linger*
Signature

March 12, 2024
Date

Jason C. Linger
Name

Glaser Weil Fink Howard Jordan & Shapiro LLP
Firm Name (if applicable)

310.553.3000
Telephone Number

10250 Constellation Blvd., 19th Floor
Address

310.785.3580
Fax Number

Los Angeles, CA 90067
City, State, Zip Code

jlinger@glaserweil.com
Email (required)

Court of Appeals Bar Number: 1211620

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes  Court of Appeals No. _____

==============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).