# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 24-1207         **Short Title:** Thiccc Boy Productions Inc. v Swindelles

**Type of Action**

- [x] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from __February 22, 2024__
   2. Date this notice of appeal filed __March 1, 2024__
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [x] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [ ] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [ ] Yes   [ ] No
         If yes, explain _____

C. Has this case previously been appealed?   [ ] Yes   [x] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [x] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☒ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☒ No
If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party Kyle Swindelles *also known as* Yew Neek Ness
   Attorney *pro se*
   Address 41 Marietta Street, 2nd Fl, Unit 4, Providence, RI 02904
   Telephone (401) 230-5061

2. Adverse party
   Attorney
   Address
   Telephone

3. Adverse party
   Attorney
   Address
   Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name Thiccc Boy Productions Inc.
   Address 5017 NW 121st Drive, Coral Springs, FL 33076
   Telephone (310) 968-4733

   Attorney's name Robert E. Allen and Jason C. Linger
   Firm Glaser Weil Fink Howard Jordan and Shapiro LLP
   Address 10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
   Telephone (310) 553-3000

2. Appellant's name
   Address
   Telephone

   Attorney's name
   Firm
   Address
   Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☒ Yes ☐ No

    Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _/s/ Robert E. Allen_____

Date _March 12, 2024_____

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On March 12, 2024, I served the foregoing document(s) described as **DOCKETING STATEMENT** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

## SEE ATTACHED LIST

☒ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐ **(BY OVERNIGHT DELIVERY)** I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on March 12, 2024, at Los Angeles, California.

*/s/ Lynne Oropeza*
Lynne Oropeza

2385120

**PROOF OF SERVICE**

**SERVICE LIST**

Kyle Swindelles  
41 Marietta St  
2nd Floor, Unit 4  
Providence, RI 02904  
(401) 230−5061  
Email: yewneekent@gmail.com

Travis J. McDermott  
Partridge Snow & Hahn LLP  
40 Westminster St  
Suite 1100  
Providence, RI 02903  
Email: tcmdermott@psh.com

Defendant – Appellee  
*Pro Se*

**PROOF OF SERVICE**

2385120