# United States Court of Appeals
## For the First Circuit

2024 MAR 22 AM 11: 51

### NOTICE OF APPEARANCE

No. 24-1207　　　　Short Title:

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__Kyle Swindelles_____ as the

[ ] appellant(s)　　　　[✔] appellee(s)　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

__Kyle Swindelles_____　　__03/21/2024_____
Signature　　　　　　　　　　　Date

__Kyle Swindelles_____
Name

_____　　__4012305061_____
Firm Name (if applicable)　　　Telephone Number

__41 Marietta_____　　_____
Address　　　　　　　　　　　Fax Number

__Providence, Rhode Island, 02904__　__yewneekent@gmail.com__
City, State, Zip Code　　　　　　　Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[✔] No　　　　[ ] Yes　Court of Appeals No. __24-1207_____

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).