# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Appellant Thiccc Boy Productions Inc., respectfully states that it does not have a parent corporation and that no publicly held corporation holds 10% or more of its stock.