# United States Court of Appeals
## For the First Circuit

No. 24-1207

THICCC BOY PRODUCTIONS INC.,

Plaintiff - Appellant,

v.

KYLE SWINDELLES, a/k/a Yew Neek Ness,

Defendant - Appellee,

DOES 1 through 10,

Defendant.

**ORDER OF COURT**

Entered: June 12, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellee Kyle Swindelles failed to file a brief and therefore will not be heard at oral argument except by permission of the court. See Fed. R. App. P. 31(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Edward Allen
Jason Linger
Travis J. McDermott
Kyle Swindelles