# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Robert E. Allen

**Direct Dial**
310.282.6280
**Direct Fax**
310.785.3580
**Email**
rallen@glaserweil.com

June 19, 2024

<u>VIA ECF</u>

Maria R. Hamilton
Clerk of the Court
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:   *Thiccc Boy Productions Inc. v Kyle Swindelles*, *et al.*
US Court of Appeals Case No. 24-1207
District Court Originating Case No. 1:22-cv-00090-MSM-PAS

Dear Ms. Hamilton,

As the Court acknowledged in its June 12, 2024 Order, Appellee Kyle Swindelles failed to file a brief in this matter.

Accordingly, for the reasons set forth in Appellant's principal brief (filed with the Court on May 3, 2024), the Court should reverse the District Court's decision and find that Appellee's use of each of the four videos at issue was not fair use.

Respectfully submitted,


ROBERT E. ALLEN
of GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

REA:lo