IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST DISTRICT

RECEIVED FOR FILING
IN CLERK'S OFFICE

2024 SEP -3 P 1:46

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| THICCC BOY PRODUCTIONS, INC., | : | Case No. 24-1207 |
| | : | |
| Plaintiff-Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| KYLE SWINDELLES, | : | **DEFENDANT-APPELLEE** |
| | : | **KYLE SWINDELLES'** |
| Defendant-Appellee. | : | **MOTION TO DISMISS** |

Now comes Defendant-Appellee Kyle Swindelles, *pro se*, and hereby moves this Court for dismissal of the above-captioned case due to lack of prosecution by Plaintiff-Appellant Thiccc Boy Productions, Inc. This motion is made in response to recent public revelations that Thiccc Boy Productions, Inc., has not consented to an appeal of the lower court's ruling, has not had communications with its legal counsel on this matter, has stopped its payment of legal fees and costs for this case, and may have been defrauded by its current counsel and a former employee in the initiation of this action in the lower court.

**I.   Thiccc Boy Productions, Inc., was fraudulently entered into this action under false pretenses and is not actively involved in the litigation.**

Business records filed with the California Secretary of State show that podcaster and former comedian Brendan P. Schaub is the principal officer of Thiccc Boy Productions, Inc. In fact, Schaub is the *only* officer of Thiccc Boy, named as the Chief Executive Officer, Secretary, and Chief Financial Officer in its most recent September 19, 2023, filing. **Exhibit A**. For all intents and purposes, Brendan Schaub is Thiccc Boy, and is solely responsible for all business decisions of the entity. Schaub sells "Thiccc Boy" merchandise and bills himself as "the Thiccc Boy himself" in promotional materials.

1

Thiccc Boy publicly addressed the current ongoing litigation against Kyle Swindelles on its "The Fighter and the Kid" podcast released on June 14, 2024. During a segment where Schaub sobbed and shouted through answers to questions purportedly submitted by fans of the show, he explained the genesis of the current litigation that has dragged on for over two years. As Thiccc Boy said:

> The lawsuit thing...I'm sure it's a question. The lawsuit thing, a guy who's no longer with me, a business guy, comes to me, goes "Hey man, there's this guy on YouTube." Again, I, and I, hand to God, I've never seen any of it, I don't see any of it. I know there's some bad stuff.[1]

Thiccc Boy's sole officer is admitting that he never viewed any of Swindelles' videos that are the basis of the lawsuit, and was only aware of them because a former "business guy" brought it to his attention. He further stated:

> So this guy who works for me, right, doing this stuff, business manager, goes, "Hey man, I got a call from this lawyer, I've known him a long time, that there's this guy on YouTube. He's making thousands of videos, you know, badmouthing you and using your content, blah blah." I go, "I don't care, dude. There's like a million of them what are you going to do?" He goes, "Ah, it's bad, man, he said you hit your kids," and I was like, "Okay, like I don't give a sh*t, dude, none of it's true." That goes away. Next week, comes back, same thing, "Dude, I'm telling you I really think we should do something." You know, and they know how to pull at my heartstrings. He goes, "You know he has a... a... a... rap sheet where, you know, he beat his son. It's on video on there." I'm like, "Whoa! All right, do what you got to do."[2]

Robert E. Allen is the Los Angeles attorney who has led this litigation on behalf of Thiccc Boy from the beginning. According to Thiccc Boy's account, Kyle Swindelles and his YouTube channel were not on their radar until Allen called Schaub's business manager and solicited them to initiate litigation. At first, Thiccc Boy declined to take action.

---

[1] https://youtu.be/eEvARgu0sk4?si=TBUErqc1Tym6ssep at 2:30:34.
[2] https://youtu.be/eEvARgu0sk4?si=TBUErqc1Tym6ssep at 2:31:01.

Thiccc Boy initiated the lawsuit only after the unnamed business manager told Thiccc Boy two unequivocally false statements: (1) that Swindelles said Schaub hits his kids, and (2) that Swindelles has a "rap sheet where he beat his son." These two statements are absolutely untrue, yet formed the basis for Thiccc Boy filing this action. In that respect, Thiccc Boy was defrauded by its former business manager and entered into this action under false pretenses. This is also evidence that Thiccc Boy has never had an interest in litigating its copyright interests in the four videos in question.

Thiccc Boy further explained the misrepresentations made by the business manager and attorney at the start of the litigation:

> And I was told.. ready?... I was told "this is easy, it'll take three months." It's still going on. That was three years ago, it's still going on. But here's what people don't realize is...so they told me three months, and I don't know if they were in cahoots together just getting money out of me or whatever. I don't... I, I couldn't... if the guy walked in here right now as a guest I couldn't point him out. I don't know who it is. I have no...I wasn't dealing with him. "Yeah, do your thing."[3]

Here, Thiccc Boy bluntly speculates that the business manager and Robert E. Allen were possibly scheming to defraud him of money. Schaub appears to state that he knows nothing about Robert E. Allen or possibly the business manager and would not recognize him if he were in the same room. This shows that Thiccc Boy was neither involved nor informed in the litigation at any point, even now before this Court of Appeals.

## II. Thiccc Boy Productions, Inc., did not consent to this appeal and does not receive any communications regarding this case.

As Thiccc Boy has publicly stated, this lawsuit began only after Robert E. Allen solicited the company for litigation and a former business manager convinced the CEO to assent based upon false statements. The business manager was fully delegated with

---

[3] https://youtu.be/eEvARgu0sk4?si=TBUErqc1Tym6ssep at 2:31:41.

power over the lawsuit, yet is no longer with the company. As a result, Thiccc Boy now has nothing to do with the lawsuit. As Thiccc Boy explained:

> I couldn't tell you what's going on with it. I don't... I couldn't tell you when it's going to end. I know nothing about it. I don't associate with them anymore. I...I couldn't tell you. I could not tell you. But my point is, all of that, you're talking, I have the wrong people around me. Again, I take accountability cuz that..that's... that's all I...I have to give these people jobs. I have the wrong people around me that I hired, horrible people, right? I have this business guy that should...had no business managing any of my sh*t. Bad information. And I'm at...I'm at a time where where I'm not steering the ship and it's not good.[4]

So Thiccc Boy has ended its association with the former business manager who was handling this case, and knows nothing about the litigation. Thiccc Boy is not receiving updates from its legal counsel. This raises an important question regarding that previous delegation of authority: if the employee who was controlling the litigation is now gone and Thiccc Boy knows nothing about the lawsuit and has no interest in it, who is making the decisions? Thiccc Boy makes it sound like the former business manager is still handling the case without authority. As far as decision-making authority, Thiccc Boy stated:

> Your boy's back. I've been back about a year now. I run everything. Everything you see is me. Everything you see now is my decision.[5]

Obviously, this is confusing. The original lawsuit was filed in February 2022 and this appeal was filed in March 2024. Schaub wrested decision-making authority of Thiccc Boy's operations away from the former business manager a year ago (presumably in 2023) and has no knowledge or interest in the current litigation. This indicates that Thiccc Boy never gave consent for this appeal to be filed and moved forward.

---

[4] https://youtu.be/eEvARgu0sk4?si=TBUErqc1Tym6ssep at 2:32:33.
[5] https://youtu.be/eEvARgu0sk4?si=TBUErqc1Tym6ssep at 2:33:17.

It appears that throughout the pendancy of the litigation, Robert E. Allen has not given Thiccc Boy updates or explanations as to what is happening with the case. Thiccc Boy CEO Schaub publicly spoke multiple times about the lawsuit in the last two years but seemed to have no idea that it was actually a copyright infringement case. In fact, he continually called it a "defamation of character" case, supporting his assertion that he has not been properly informed by his counsel. Thiccc Boy first publicly discussed this lawsuit on the May 16, 2022, episode (titled "Cain Velazquez Denied Bail Twice") of the audiovisual podcast "The Schaub Show." While discussing a contemporary event of an MMA analyst accused of drug use, Schaub said:

> Yeah, that's the thing with like, y'know, defamation of character stuff like that. Even like the narrative on me, which I don't talk about with, y'know, I have a lawsuit against this YouTuber who's a small-time YouTuber. If you don't know the background, you're like, 'oh, it's this guy who's big in the space suing this smaller guy.' No, no, I don't give a f**k. If you wanna criticize my fight picks or my stand-up, my podcasts, that's what, I'm a public figure. I signed up for that. That stuff does not bother me. But when you start slandering my name, stealing content, and creating this false narrative of cheating on my wife and doing all this crazy sh*t and defamatory stuff, and using content and the click-bait stuff like that, for years. Well then, we're not playing the same game, man. Then I have to do something. If you made an entire career off defamation, I have to do something.[6]

Schaub further explained:

> If you wanna say, 'oh, he has the sh*ttiest fight picks, or he's bad at English, or, y'know, I didn't like his stand-up, I think Louis CK is better.' Well, no sh*t, dude. That's all good. But then when you start going down that dark road, man. You start going down, y'know, these, these click-baity things that are defamation of character, for years, years, years, years, hundreds of videos. For years? Well, now you got my attention. That's where this goes."[7]

---

[6] https://youtu.be/dvJ-iVOt7iY at 0:43:58.
[7] https://youtu.be/dvJ-iVOt7iY at 0:45:40.

Almost nineteen months later, a YouTube page called "Hot Breath! Comedy Network" posted an interview with Schaub on December 12, 2023. The interviewer asks Schaub how he handles negativity online, which led to this exchange:

> INTERVIEWER: Have you done anything to try to like, um, suppress or get on top of it?......Can you sue people? Have you tried doing any of that?
>
> SCHAUB: No, I mean, we got, we have, we have a lawsuit with a guy who made like 3,000 videos. Again, if you're gonna critique stand up or my fight picks or whatever, my football picks, all good. That's what the internet's for. Now if you're gonna go out there and, uh, defamation....like, you know, whatever, 'Brendan hits his kids or beats his wife,' well then you got my attention. I'mma come after you. That game I don't play. And the guy's suffering from that, so, that is whatever.[8]

Robert E. Allen declined to explain why his supposed client was so uninformed about the litigation when the question was raised in lower court filings. These statements bolster Thiccc Boy's allegation that it was defrauded, has not been apprised of the progress of the lawsuit, and has no interest in moving it forward. Thiccc Boy has clearly not given informed consent for its counsel to move forward with this copyright infringement appeal.

In fact, the appeal filings indicate that something odd is going on with this case. Thiccc Boy Productions, Inc., is a Colorado corporation based in California with a principal office address in Calabasas, CA. Yet this appeal was filed under a mailing address in Florida that has no official affiliation to Thiccc Boy Productions, Inc. or its legal counsel, and appears to simply be a single-family house in a residential development. All available evidence suggests that Thiccc Boy has no knowledge of this appeal, no interest in pursuing it, and the action is being controlled by someone outside the organization without the consent of the company's CEO, Secretary, and CFO.

---

[8] https://www.youtube.com/watch?v=IwlJfvjTEa8, at 27:29.

### III. Thiccc Boy Productions, Inc., has stopped paying legal fees and costs related to this action.

Because Thiccc Boy has indicated that it was misled in this litigation and has no interest in pursuing it, an obvious inquiry is who is paying for all of this expensive legal work. According to Thiccc Boy, they paid the initial costs in 2022, but are no longer paying for this years-long action:

> At the time, the initial cost, good amount of money. But again, at the time, whatever, your boy's balling, you know. So at the time I'm like "Yeah, do what you got to do." Well, thank God, and people don't realize this and even if he's doing, like, dragging it out, from… it's *pro bono*. I don't pay any more. So what… so, whatever issue they have with it, I couldn't tell you what's going on with it.[9]

Clearly, Schaub is misusing the term *pro bono*, as an attorney at a top LA law firm would not switch a rich celebrity's case to a *pro bono* cause. Thiccc Boy's speculation that this lawsuit may only be a legal cash grab by its attorney reinforces that the term was used in error. But nonetheless, this case has dragged on for over twenty-eight months and Thiccc Boy is claiming that it did not pay for the appeal and its voluminous brief filed by its elite legal team. The Thiccc Boy legal team sought approximately $13,000 in damages in the lower court, so a contingency or no-cure/no-pay agreement does not make financial sense. This raises more questions about who is controlling this litigation and whether improprieties are afoot. Regardless, all evidence points to the conclusion that Thiccc Boy Productions, Inc., is not a willing and active participant in this lawsuit.

### CONCLUSION

Plaintiff-Appellant Thiccc Boy Productions, Inc., has levied serious allegations against its former business manager and its current legal representation. This Court must

---

[9] https://youtu.be/eEvARgu0sk4?si=TBUErqc1Tym6ssep at 2:32:14.

proceed with care and receive written, notarized verification of Thiccc Boy's sole officer's informed consent to this appeal before it can move forward. If such evidence is not provided, the only reasonable option is to dismiss the appeal and forward the matter to the appropriate entities to investigate possible professional and/or criminal misconduct.

Respectfully submitted,

*Kyle Swindelles*

Kyle Swindelles, Defendant, *pro se*
41 Marietta Street, 2nd Floor, Unit 4
Providence, Rhode Island 02904
Phone: (401) 230-5061
e-mail: yewneekent@gmail.com

### CERTIFICATE OF SERVICE

This is to certify that on the same date of mailing of this document to the Court, I transmitted the foregoing *Defendant-Appellee's Motion to Dismiss* to the below interested party via regular USPS mail at the listed address:

Robert E. Allen, Esq.
Glaser Weil Fink Howard Jordan & Shapiro
10250 Constellation Blvd. #19
Los Angeles, CA 90067

*Kyle Swindelles*

# EXHIBIT A

BA20231474239



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20231474239
Date Filed: 9/19/2023

| Entity Details | |
|---|---|
| Corporation Name | THICCC BOY PRODUCTIONS INC. |
| Entity No. | 4114303 |
| Formed In | COLORADO |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 26635 AGOURA RD SUITE 101<br>CALABASA, CA 91302 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 26635 AGOURA RD SUITE 101<br>CALABASA, CA 91302 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 26635 AGOURA RD SUITE 101<br>CALABASA, CA 91302 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| BRENDAN SCHAUB | 26635 AGOURA RD SUITE 101 CALABASA, CA 91302 | Chief Executive Officer, Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

| Agent for Service of Process | |
|---|---|
| Agent Name | Jack Vuona |
| Agent Address | 26635 AGOURA RD SUITE 101<br>CALABASA, CA 91302 |

| Type of Business | |
|---|---|
| Type of Business | ENTERTAINMENT |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**
No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**
☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Erika Easter*
Signature

09/19/2023
Date

Page 1 of 1

Office of the Clerk
U.S. Court of Appeals for the First Circuit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RECEIVED FOR FILING
IN CLERK'S OFFICE

2024 SEP -3 P 1:46

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Re:   **Thiccc Boy Productions, Inc. v. Kyle Swindelles**
      *Case No. 24-1207*

Dear Clerk of Court:

Please accept for filing the enclosed *Motion to Dismiss* on behalf of Defendant-Appellee Kyle Swindelles in the above-captioned case. I have enclosed four (4) copies and made service on the opposing party, per the Court's rules. Please let me know if you need anything else from me. Thank you for your time and assistance.

Respectfully submitted,

*Kyle Swindelles*

Kyle Swindelles, Defendant, *pro se*
41 Marietta Street, 2nd Floor, Unit 4
Providence, Rhode Island 02904
e-mail: yewneekent@gmail.com

Swindelles
41 Marietta St
2nd Floor, Unit 4
Providence, RI 02904

Office of the Clerk
U.S. Ct of Appeals for the First Circuit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Case: 24-1207    Document: 00118185721    Page: 12    Date Filed: 03/03/2024    Entry ID: 6665198