Office of the Clerk
U.S. Court of Appeals for the First Circuit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RECEIVED FOR FILING
IN CLERK'S OFFICE

2024 SEP 30 P 12: 20

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Re: **Thiccc Boy Productions, Inc. v. Kyle Swindelles**
*Case No. 24-1207*

Dear Clerk of Court:

    On September 10, 2024, Attorney Robert E. Allen filed a letter countering the public statements of his alleged client Brendan P. Schaub (owner and sole officer of Plaintiff-Appellant Thiccc Boy Productions, Inc.). These public remarks were provided to this Court in a prior Motion to Dismiss. Schaub made several shocking allegations about the current action: he stated that Robert E. Allen solicited his company to initiate litigation, convinced him to file the suit under false pretenses, has not provided him with updates on the case, and that he has stopped paying legal fees to Allen. Schaub speculated that Allen and a former business manager may have been "in cahoots together just trying to get money out of me" and implied that the unscrupulous former business manager is still pursuing the lawsuit against his wishes. This aligns with the fact that this unsuccessful lawsuit has been damaging to Schaub's reputation and career. Allen's letter calls Schaub's statements "false, incoherent, and absurd."

    In addressing these grave allegations, the Los Angeles-based Allen did not bother to meet in-person with the Los Angeles-based Schaub. Instead, Allen submitted an unauthenticated "Declaration of Brendan Schaub" with a digital signature supposedly sent through DocuSign. This declaration purports to show Schaub admitting that he was being untruthful when he claimed to have no knowledge of this action and having nothing to do with it. It does confirm that Allen is working directly with a "business manager" on this case. Allen declined to explain why the Plaintiff-Appellant's mailing address provided to the Court is to a house in Florida rather than any Thiccc Boy business address in Colorado or California. This declaration is insufficient to support Allen's assertion that Schaub was lying, and dismissal of this action is still appropriate.

    While DocuSign is generally admissible on documents created outside the court process, multiple courts have held electronic signatures inadequate for sworn statements and affidavits submitted to courts under 28 U.S.C. § 1746. See *In re Patascsil*, No. 20-02167 (Bankr. E.D. Cal. Feb. 28, 2023); *Barrows v. Brinker Rest. Corp.*, No. 21-606-cv (2nd Cir. May 31, 2022); *In re Mayfield*, No. 16-22134-D-7 (Bankr. E.D. Cal. July 13, 2016); *Kerr v. Dillard*, No. 07-2604-KHV (U.S. Dist. Kansas Feb. 17, 2009); *Ruiz v. Moss Bros.*, 232 Cal. App.4th 836 (2014); *Clean Props. v. Riselli*, No. MICV2014-04742 (Mass. Super. Jun. 18, 2014). Allen has not provided any admissible or authenticated documents to support his claims, only a spare DocuSign statement that could have been "signed" by anyone with access to the account, including a disgraced "business manager." The lack of effort to obtain even a basic notarized statement is a thumbing of the nose to this Court's authority to act.

This aligns with Allen's previous pattern of conduct. He aroused the skepticism of the Federal Court in the Northern District of California for possible abuse of the copyright system to attack an individual on behalf of wealthy clients in *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 3:20-mc-80214 (N.D. Calif. 2020). When pressed by that court about whether the shady LLC he was representing had ties to a private equity billionaire, Allen submitted a declaration that Judge Vince Chhabria noted was inadmissible and not based upon personal knowledge. Here, Allen makes a similar error, submitting an unauthenticated statement allegedly from "Brendan Schaub" refuting his own recent public statements.

For these reasons, this Court should give weight to Brendan P. Schaub's recorded public statements provided to it in the previous Motion to Dismiss. Robert E. Allen has not supported his claims that his alleged client was being untruthful, and therefore has not countered the motion in any persuasive way. A dismissal of the current action and possible referral for investigation of professional and/or criminal misconduct remains appropriate.

Respectfully submitted,

*Kyle Swindelles*

Kyle Swindelles, Defendant-Appellee, *pro se*
41 Marietta Street, 2nd Floor, Unit 4
Providence, Rhode Island 02904
Email: yewneekent@gmail.com

Swindelles
41 Marietta St.
2nd Fl, Unit 4
Providence, RI 02904

CAROL STREAM

24 SEP 2024

THIS NATURALIZED
U.S. CITIZEN HOSTED
THE QUIZ SHOW
"JEOPARDY!"
FOR 37 SEASONS

Who is Alex Trebek? · Forever · USA

THIS NATURALIZED
U.S. CITIZEN HOSTED
THE QUIZ SHOW
"JEOPARDY!"
FOR 37 SEASONS

Who is Alex Trebek? · Forever · USA

Office of the Clerk
U.S. Court of Appeals for the First Circuit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

02210-302499